UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON SCOTT HARPER, | ) | 1:05-cv-01447-REC-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 12), |
| v. | ) | **DISMISSING ACTION, AND** |
| | ) | **DIRECTING CLERK TO ENTER** |
| RODERICK HICKMAN, | ) | **JUDGMENT FOR RESPONDENT** |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 21, 2006, the Magistrate Judge filed Findings and Recommendations that this action be DISMISSED for Petitioner's failure to prosecute. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1

1  the Magistrate Judge's Findings and Recommendations are supported
2  by the record and proper analysis.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1.   The Findings and Recommendations, filed April 21, 2006,
5  are ADOPTED IN FULL.
6     2.   This action is DISMISSED for Petitioner's failure to
7  prosecute.
8     3.   The Clerk of the Court is directed to enter judgment for
9  respondent.
10    IT IS SO ORDERED.
11 **Dated:  May 31, 2006**            **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE

2